**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. __2296__ & TITLE - IN RE: __Tribune Company Fraudulent Transfer Lit__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Committee of Unsecured Creditors v. Fitzsimons, et al., Adv. No. 10-54010 (D. Del.)
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __QC & Co.__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[✔]  This party's parent corporation(s) are listed below:

QCR Holdings, Inc.

[ ]  The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

[ ]  This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Gabriel Aizenberg                                Greenberg Traurig, LLP
_____                    _____
       Signature of Attorney                                   Name of Firm

77 W. Wacker Dr., Suite 3100                         Chicago, IL 60601
_____                    _____
           Address                                           City/State/Zip Code

Date  9/4/12
     _____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2012, this Corporate Disclosure Statement for QC & Co. was filed electronically using the CM/ECF system and notice will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ Gabriel Aizenberg
Gabriel Aizenberg

*CHI 62,799,385v1 9-4-12*